**DAVID MARKMAN, ESQ.**
Nevada Bar No. 12440
**MARKMAN LAW**
4484 S. Pecos Rd Ste. 130
Las Vegas, Nevada 89121
Phone: (702) 843-5899
Fax: (702) 843-6010
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

* * * * *

| | |
|---|---|
| WILLIAM H. TURNER, individually and DARRYL BRYANT, individually<br><br>Plaintiff,<br><br>vs.<br><br>SAMIUR RAHMAN TALUKDER, individually; NYA BENT, individually and DOES I-X, and ROE CORPORATIONS I through X<br><br>Defendants. | CASE NO.: 2:23-cv-00975-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 10)** |

The parties, by and through their undersigned counsel of record, hereby stipulate and agree that the time for Plaintiffs WILLIAM TURNER and DARRYL BRYANT ("Plaintiffs") to file their response to Anihi Newco, LLC, NYA Bent, and Samiur Rahman Talukder's ("Defendant") Motion for Summary Judgment (ECF # 10), said response being due on December 20, 2023, be extended until January 3, 2024.

**Reason for Extension**

Because of the complexity and extent of the legal arguments made by Defendants in their Motion for Summary Judgment, Plaintiffs' require additional time to perform an investigation and appropriate research prior to filing a response and to respond accordingly. Additionally, Plaintiffs' attorney requires additional time due to the holiday season. This stipulation is made in

{07543215 / 1}1

good faith and not for the purpose of delay.

    This is the first extension of time requested by counsel for filing Plaintiffs' response to Defendants' Motion for Summary Judgment.

Dated this 15th day of December, 2023.    Dated this 15th day of December, 2023.

MESSNER REEVES LLP    MARKMAN LAW

*/s/ James W. Fox*    */s/ David Markman*
M. Caleb Meyer, Esq.    David Markman, Esq.
Nevada Bar No. 13379    Nevada Bar No. 12440
Renee M. Finch, Esq.    4484 S. Pecos Rd. # 130
Nevada Bar No. 13118    Las Vegas, Nevada 89121
James W. Fox, Esq.    *Attorneys for Plaintiff*
Nevada Bar No. 13122
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant*

IT IS SO ORDERED this 19th day of December, 2023

_____
GLORIA M. NAVARRO, U.S. District Judge

# **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that on the 15th day of December, 2023 I electronically transmitted the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 10)** using the CM/ECF system for filing and transmittal to all interested parties:

M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
James W. Fox, Esq.
Nevada Bar No. 13122
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant*

/s/ ___David Markman_____
Employee of MARKMAN LAW

{07543215 / 1}3