**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

William H Turner, et al.,

              Plaintiff(s),

vs.

Samiur Rahman Talukder, et al.,

              Defendant(s).

2:23-cv-00975-GMN-MDC

**Order**

The Court has reviewed plaintiffs Darryl Bryant and William H Turner's motion to amend the complaint[1] and the attached proposed amended complaint. ECF No. 17. Per LR 7-3(d), '[t]he failure of a moving party to file points and authorities in support of the motion constitutes a consent to the denial of the motion." Since no one opposed the motion, the Court grants it.

**IT IS ORDERED** that:

1. Plaintiffs *motion to amend the complaint* (ECF No. 17) is GRANTED
2. Plaintiffs have until Wednesday, February 21, 2024 to file their amended complaint on the docket.

Dated this 14th day of February 2024.



_____
Maximiliano D. Couvillier III
United States Magistrate Judge

---

[1] Plaintiffs' motion has been docketed as a motion to amend the petition for removal, but its actually a motion to amend the complaint.