Renee Finch, Esq. (Nevada Bar No. 13118)
James W. Fox, Esq. (Nevada Bar No. 13122)
**MESSNER REEVES LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:  (702) 363-5100
Facsimile:   (702) 363-5101
E-mail: rfinch@messner.com
            jfox@messner.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM H. TURNER, individually and DARRYL BRYANT, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SAMIUR RAHMAN TALUKDER, individually; NYA BENT, individually; ANIHI NEWCO LLC dba AVAIL CAR RENTAL, and DOES I-X, and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No.:  2:23-cv-00975-GMN-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED between Defendants, SAMIUR RAHMAN TALUKDER, NYA BENT, and ANIHI NEWCO LLC dba AVAIL CAR RENTAL, by and through their counsel of record, Renee M. Finch, Esq., and James W. Fox, Esq., of MESSNER REEVES LLP, and Plaintiffs, WILLIAM H. TURNER and DARRYL BRYANT, by and through their counsel of record, David A. Markman, Esq., of MARKMAN LAW, that the above-entitled matter be dismissed with prejudice, with each of the parties to pay their own attorneys' fees and costs incurred herein. This stipulation is intended to fully and finally resolve all claims and counterclaims in this action.

Turner, et al vs. Talukder, et al.
2:23-cv-00975-GMN-VCF
Stipulation and Order for Dismissal with Prejudice

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs.

**IT IS SO STIPULATED.**

DATED this 7th day of May, 2024.                    DATED this 7th day of May, 2024.

**MESSNER REEVES LLP**                              **MARKMAN LAW**

/s/ James W. Fox, Esq.                              /s/ David A. Markman, Esq.
Renee M. Finch, Esq.                                David A. Markman, Esq.
Nevada Bar No. 13118                                Nevada Bar No. 12440
James W. Fox, Esq.                                  4484 S. Pecos Road, Suite 130
Nevada Bar No. 13122                                Las Vegas, Nevada 89121
8945 W. Russell Road, Suite 300                     *Attorneys for Plaintiffs*
Las Vegas, Nevada 89148
*Attorneys for Defendants*

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter be dismissed as to all claims and counterclaims with prejudice with each of the parties to pay their own attorneys' fees and costs incurred herein. IT IS FURTHER ORDERED that the Motion to Extend Time to Reopen Discovery, (ECF No. 23), is DENIED as moot. The Clerk of Court is kindly instructed to close the case.

DATED this ___8___ day of ____May____, 2024.

_____

Respectfully submitted by:

**MESSNER REEVES LLP**

/s/ James W. Fox, Esq.
Renee M. Finch, Esq.
Nevada Bar No. 13118
James W. Fox, Esq.
Nevada Bar No. 13122
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendants*

**Lisa Thayer**

| | |
|---|---|
| **From:** | David Markman <david@markmanlawfirm.com> |
| **Sent:** | Tuesday, May 7, 2024 10:15 AM |
| **To:** | Lisa Thayer |
| **Cc:** | James Fox; Jesicca Elsee; Ka'Tina Artis |
| **Subject:** | Re: Case No.: 2:23-cv-00975-GMN-MDC (MR #8610.0291.001) Turner/Bryant v Anihi, et al. - request to exchange original, signed settlement documents for checks |

**[ EXTERNAL EMAIL ]**

You may affix my e-signature to the SAO to dismiss.

David Markman, Esq.
Attorney

**MARKMAN LAW**
4484 S. Pecos Rd. Suite #130
Las Vegas NV 89121
Tel: 702-843-5899 / Fax: 702-843-6010
David@Markmanlawfirm.com

*MAIL CONFIDENTIALITY NOTICE:* The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

On Tue, Apr 30, 2024 at 11:05 AM Lisa Thayer <lthayer@messner.com> wrote:

> *Sent on behalf of James W. Fox, Esq.*
>
> Good morning,
>
> Please be advised that our office is in receipt of the two (2) settlement checks in the amount of $100,000.00 each for Plaintiff William Turner and for Plaintiff Darryl Bryant regarding the above-referenced matter. Let us

1

know when your office is able to send a runner to exchange the original, signed Release agreements and Medicare/Medicaid Affidavit documents for the checks.

Also attached is a copy of the [proposed] Stipulation and Order for Dismissal With Prejudice for your review. Once approved, please provide your authorization that we may affix your e-signature to said Stipulation and submit it to the Court.

If you have any questions or comments, please do not hesitate to contact our office.

Thank you.

**LISA THAYER**

Legal Assistant

**O:** 702.363.5100 **E:** lthayer@messner.com

8945 W. Russell Road, Suite 300, Las Vegas, NV 89148

www.messner.com



**Disclaimer**